JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIK GERSOVITZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES and DOE OFFICERS 1 THROUGH 20, INCLUSIVE,<br><br>  Defendants. | Case No. 2:23-cv-01873-RGK-MRW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE CITY OF LOS ANGELES WITHOUT PREJUDICE PURSUANT TO FRCP 41(a) [40] |

  The stipulation is approved. All claims against the City are dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

  As no other defendants remain, the clerk shall vacate all dates and close this action.

**IT IS SO ORDERED.**

DATE: 1/12/2024

          */s/ Gary Klausner*
          R. Gary Klausner
          U.S. District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

1

Case No. 2:23-cv-01873-RGK-MRW
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)